IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GREENWAY, LLC. and G.H.M.D., LLC.,

        Appellants,

v.

STEINHATCHEE ANCIENT OAKS PROPERTY OWNER'S ASSOCIATION, INC. and TRI-COUNTY ELECTRIC COOPERATIVE, INC.,

        Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NOS. 1D14-2928 & 1D14-4683

Opinion filed December 4, 2015.

An appeal from the Circuit Court for Taylor County.
Andrew J. Decker, III, Judge.

David Lawrence, Tallahassee and Guillermo M. Mancebo of the Mancebo Law Group, P.A., Miami, for Appellants.

Joseph R. Fritz of Joseph R. Fritz, P.A., Tampa, for Appellee Steinhatchee Ancient Oaks Property Owner's Association, Inc. and E. Dylan Rivers of Ausley & McMullen, Tallahassee, for Appellee Tri-County Electric Cooperative, Inc.


PER CURIAM.

        AFFIRMED.

ROBERTS, C.J., BENTON, and KELSEY, JJ., CONCUR.